

Ramon Leis III
920 Kentucky St.
Bowling Green, Ky 42101

WARREN COUNTY JAIL
UNCENSORED
INMATE MAIL

United States District Court
Western District of Kentucky
241 East Main St., Suite 120
Bowling Green, Ky. 42101-2175

RECEIVED
JAMES J. VILT, JR. - CLERK
APR 07 2021 CF
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

421012175 C012