UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Ramon Leis, III

              Plaintiff,

v.                 Case No.: 3:21–cv–00304

Alcohol, Tobacco & Firearm Agency, et al.

              Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/12/2021 re [10].

                     Lynda M. Hill
                s/ Dalaina Thompson, Deputy Clerk